**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**
_____

**CHIARA MEATTELLI**,

    Petitioner,                                  CASE NO.

v.

**GOOGLE LLC** d/b/a **YOUTUBE**

    Respondent.

---

C. Christopher Newberg (P79025)
RODENHOUSE LAW GROUP P.C.
Attorney for Petitioner
678 Front Avenue NW, Suite 176
Grand Rapids, MI 49504
(616) 451-4000
chris@rodenhouselaw.com

---

# EXHIBIT 2



**C. Christopher Newberg | Attorney**

Main:  (616) 451-4000
Direct: (616) 930-4338
Fax:    (616) 451-4114
Email: chris@rodenhouselaw.com

678 Front Ave NW, Ste 176
Grand Rapids, MI 49504

May 5, 2020

**SENT VIA EMAIL TO LEGAL@SUPPORT.YOUTUBE.COM**

Legal Support
YouTube (Google LLC)
901 Cherry Ave.
San Bruno, CA 94066
Email: legal@support.youtube.com

    *Re:*   **DMCA Takedown Notice**

To Whom It May Concern,

    I am contacting you on behalf of Chiara Meattelli, a photojournalist represented by Rodenhouse Law Group PC. This is a notice under the Digital Millennium Copyright Act of 1998 ("DMCA"), 17 USC § 512. I am the duly authorized representative of the copyright owner of the work identified below. I am writing to report an instance of copyright infringement on a website hosted by you and for which you are the service provider.

    The infringing content, which can be found in the ChiarAss MeattelLicker channel page and uploaded videos, contain copyrighted photographs, videos, and/or other content owned by Ms. Meattelli. Titles and URLs addresses associated with the infringing content are provided below. Said content is being used without Ms. Meattelli's consent and in violation of her copyrights therein. Ms. Meattelli demands that you immediately remove and disable access to the infringing content accessible through your website or service, in accordance with the DMCA.

    ChiarAss MeattelLicker – Channel Page (featuring images owned by Ms. Meattelli)
    https://www.youtube.com/channel/UCkE_jVbv0ek3eJtvbuINt_Q/featured

    ChiarAss MeattelLicker - The Trump O Mouth
    https://www.youtube.com/watch?v=rwFXgEVt2yk

    ChiarAss MeattelLicker - L'ossessione per l'ossessione
    https://www.youtube.com/watch?v=R7z4V10tg6g

    ChiarAss MeattelLicker & Nino Tancelo – ChiarAss
    https://www.youtube.com/watch?v=5rDVNzYepYo

    ChiarAss MeattelLicker Show
    https://www.youtube.com/watch?v=Vc3uGN9CsV8

ChiarAss MeattelLicker - My name is ChiarAss MeattelLicker
https://www.youtube.com/watch?v=5T_H8d0QYrQ

ChiarAss MeattelLicker - The Witch
https://www.youtube.com/watch?v=xNHgh1ALYpU

ChiarAss MeattelLicker - Surfing with the Trumps
https://www.youtube.com/watch?v=ZQBfQTiNKio

ChiarAss MeattelLicker - Il giorno prima
https://www.youtube.com/watch?v=vTTIj9Xbqyo

ChiarAss MeattelLicker – Surreale
https://www.youtube.com/watch?v=_16KhGvXJpI

ChiarAss MeattelLicker - Witchery
https://www.youtube.com/watch?v=ecJXS2ylLdY

We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

This correspondence does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights, as well as claims for other relief, are expressly retained.

If you have any questions or concerns, please feel free to contact me via email at chris@rodenhouselaw.com, phone at 616-451-4000, or mail at the address in the heading above.

Very truly yours,

RODENHOUSE LAW GROUP

C. Christopher Newberg
Attorney for Chiara Meattelli