**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

**CHIARA MEATTELLI**,

    Petitioner,                               CASE NO.

v.

**GOOGLE LLC** d/b/a **YOUTUBE**

    Respondent.

---

C. Christopher Newberg (P79025)
RODENHOUSE LAW GROUP P.C.
Attorney for Petitioner
678 Front Avenue NW, Suite 176
Grand Rapids, MI 49504
(616) 451-4000
chris@rodenhouselaw.com

---

# EXHIBIT 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHIARA MEATTELLI,

    Petitioner,

CASE NO.

v.

GOOGLE LLC d/b/a YOUTUBE

    Respondent.

---

C. Christopher Newberg (P79025)
RODENHOUSE LAW GROUP P.C.
Attorney for Petitioner
678 Front Avenue NW, Suite 176
Grand Rapids, MI 49504
(616) 451-4000
chris@rodenhouselaw.com

---

## DECLARATION OF C. CHRISTOPHER NEWBERG IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

I, C. Christopher Newberg, the undersigned, declare that:

1. My law firm, Rodenhouse Law Group PC, has been retained by Chiara Meattelli to effectuate the takedown of infringing content from YouTube.com and discover the identifies of the part(y)(ies) responsible for distributing the infringing content.

2. I am requesting the issuance of the proposed subpoena that would order YouTube to disclose the identity, including the name, physical address(es), IP address(es), telephone number(s), email address(es), payment information, account updates, and account history(y)(ies) of the users responsible for uploading and distributing the content made available on the following pages and URLs:

1

ChiarAss MeattelLicker – Channel Page (featuring images owned by Ms. Meattelli)
https://www.youtube.com/channel/UCkE_jVbv0ek3eJtvbuINt_Q/featured

ChiarAss MeattelLicker - The Trump O Mouth
https://www.youtube.com/watch?v=rwFXgEVt2yk

ChiarAss MeattelLicker - L'ossessione per l'ossessione
https://www.youtube.com/watch?v=R7z4V10tg6g

ChiarAss MeattelLicker & Nino Tancelo – ChiarAss
https://www.youtube.com/watch?v=5rDVNzYepYo

ChiarAss MeattelLicker Show
https://www.youtube.com/watch?v=Vc3uGN9CsV8

ChiarAss MeattelLicker - My name is ChiarAss MeattelLicker
https://www.youtube.com/watch?v=5T_H8d0QYrQ

ChiarAss MeattelLicker - The Witch
https://www.youtube.com/watch?v=xNHgh1ALYpU

ChiarAss MeattelLicker - Surfing with the Trumps
https://www.youtube.com/watch?v=ZQBfQTiNKio

ChiarAss MeattelLicker - Il giorno prima
https://www.youtube.com/watch?v=vTTIj9Xbqyo

ChiarAss MeattelLicker – Surreale
https://www.youtube.com/watch?v=_16KhGvXJpI

ChiarAss MeattelLicker - Witchery
https://www.youtube.com/watch?v=ecJXS2ylLdY

3. The purpose for which this subpoena is sought is to obtain the identity or identity of the individual or individuals who created, uploaded, and/or distributed Ms. Meattelli's copyrighted images and videos without her authorization. This information will only be used for the purposes of protecting the rights granted to Ms. Meattelli under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 5, 2020

_____
C. Christopher Newberg