UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHIARA MEATTELLI,

      Plaintiff,　　　　　　　　　　Case No. 1:20–mc–33

    v.　　　　　　　　　　　　　　Hon. Magistrate Judge Sally J. Berens

GOOGLE LLC,

      Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

     NOTICE is hereby given that the above-captioned case was electronically filed in this court on May 5, 2020 . The case has been assigned to Magistrate Judge Sally J. Berens .

     The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted. **The 47.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action. To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Miscellaneous Case) – Credit Card Payment* event. For further information, see the reference materials available on the court website.

                                CLERK OF COURT

Dated:  May 7, 2020　　　　By:　　/s/ P. Woods_____
                                             Deputy Clerk